No. 03–6055. NEWSOME v. ENTERGY NEW ORLEANS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–6063. JONES v. JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–6073. MACEWAN v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 03–6084. SMITH v. REID, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–6088. COLEMAN v. HARRISON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–6104. ROBBIO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6113. CENTENO v. CITY OF DALLAS, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 03–6116. JONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6131. FINE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6133. LEONIDES GUANIPA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6135. HINTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6136. GARCIA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–6145. FERNANDEZ-CASTILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6147. SMITH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–6150. MATHIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6151. KRAVITZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.